IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEVIN BRANDIS PUGH,                  )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CASE NO. 2:25-cv-00053-RAH-JTA
                                     )
DEPARTMENT OF MENTAL                 )
HEALTH AND HUMAN SERVICES,           )
                                     )
        Defendant.                   )

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered

on April 10, 2025. (Doc. 17.)  In the Recommendation, the Magistrate Judge recommends

dismissal of this case without prejudice for failure to comply with court orders and failure

to state a claim.   On April 21, 2025, Plaintiff filed a motion to object (doc. 20), which the

Magistrate Judge construed as a motion for extension of time to file an objection (doc. 21).

Since that time, Plaintiff has filed no further objections to the Recommendation.  As such,

and at present, other than objecting in general to the Recommendation on April 21, 2025,

Plaintiff has provided no argument, discussion or explanation as to why the Magistrate

Judge's Recommendation is in error.

After an independent and de novo review of the file, and for good cause, it is

ORDERED as follows:

(1)     Any objections to the Recommendation, including that dated April 21, 2025,

        are OVERRULED;

(2)     The Recommendation is ADOPTED;

(3)     This case is DISMISSED without prejudice; and,

(4)     Plaintiff's Motion for Status and for Copies (Doc. 26) is DENIED as MOOT.

Final Judgment will be entered separately.

DONE, on this the 4th day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE